UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 10-14030-CR-KMM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MANUEL RUIZ QUIROZ,

    Defendant.
_____/

## REPORT AND RECOMMENDATION ON VIOLATION OF SUPERVISED RELEASE

For the reasons stated herein, the undersigned recommends that the District Court find that the Defendant has violated the terms of his supervised release. On August 6, 2021, the Defendant appeared before the Court with counsel. He admitted to Violation #1 in the Superseding Petition, which charged him with committing a new law violation by illegally entering the United States. The Defendant acknowledged he was aware of the nature of the alleged violation and of his right to require the Government to prove the violations by a preponderance of the evidence. He stated that his counsel had answered all of his questions and that he was fully satisfied with counsel's representation. Mr. Ramos waived his right to have the Government prove the violation. Having conducted a thorough colloquy with the Defendant and having observed his demeanor, the Court finds that the Defendant's decision to admit the violations is a knowing and voluntary decision.

WHEREFORE, the undersigned recommends that the District Court find that the Defendant has violated his supervised release as alleged in Violations 1 of the Superseding Petition and proceed to sentencing.

## NOTICE OF RIGHT TO OBJECT

A party shall serve and file written objections, if any, to this Report and Recommendation with the Honorable K. Michael Moore, United States District Court Judge for the Southern District of Florida, within **FOURTEEN (14) DAYS** of being served with a copy of this Report and Recommendation. Failure to timely file objections shall constitute a waiver of a party's "right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions." 11th Cir. R. 3-1 (2016).

**DONE and ORDERED** in Chambers at West Palm Beach, Palm Beach County, in the Southern District of Florida, this 6th day of August 2021.

_____
BRUCE E. REINHART
UNITED STATES MAGISTRATE JUDGE